UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT ANDREW JIMENEZ,

Plaintiff,

v.

CALIFORNIA DEPARTMNET OF CORRECTIONS AND REHABILITATION, et al.,

Defendants.

No. 2:25-cv-1196 DAD CSK P

ORDER

Plaintiff is a state prisoner proceeding pro se with a civil rights complaint pursuant to 42 U.S.C. § 1983. On August 3, 2026, the parties submitted a stipulation requesting this matter be stayed and the case be set for a settlement conference. Having considered the stipulation of the parties and good cause appearing therefore, the Court enters a temporary stay of the case and refers this action to Magistrate Judge Allison Claire for settlement proceedings. Such proceedings shall take place within 120 days of the date this order is filed, or as soon thereafter as Magistrate Judge Claire's calendar will permit. Magistrate Judge Claire shall coordinate a place, time and date for the settlement conference with all interested parties and/or their representatives. The Clerk is directed to serve Magistrate Judge Claire with a copy of this Order.

In view of the referral, further proceedings in this case are hereby stayed. If the case is not settled, the parties shall submit a joint status report within fourteen (14) days after the

conclusion of all settlement proceedings including new proposed deadlines related to fact and expert discovery and pretrial motions. At that time the Court will enter a new scheduling order for further proceedings.

Accordingly, IT IS HEREBY ORDERED that:

1. This action is stayed pending a settlement conference to be set before Magistrate Judge Claire.
2. The Clerk is directed to serve Magistrate Judge Claire with a copy of this order.
3. If the case is not settled, the parties shall file a joint status report fourteen days after the conclusion of the settlement conference as set forth above.

DATED: August 6, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/jime1196.set